**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

R. Cary Capparelli
                            Plaintiff,

v.                                          Case No.: 1:24−cv−12462
                                                    Honorable John J. Tharp Jr.

Oakton Community College, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

      MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to dismiss [14] is taken under advisement. The plaintiff's response is due by 3/24/25; the defendant's reply is due by 4/7/25. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.