# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

R. Cary Capparelli

                     Plaintiff,

v.                                         Case No.: 1:24−cv−12462
                                                Honorable John J. Tharp Jr.

Oakton Community College, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2025:

         MINUTE entry before the Honorable John J. Tharp, Jr:Unless the plaintiff indicates otherwise, the Court will construe the more recent of the plaintiff's two nearly identical filings, ECF No. [21], as the operative first amended complaint. In light of the plaintiff's decision to amend pursuant to Rule 15(a)(1), the pending motion to dismiss [14] is denied without prejudice as moot. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.